**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRANK E. MEYERS,**

**Plaintiff,**

-vs-                                    **CASE NO.** _____

**UNITED STATES OF AMERICA,**

**Defendant.**
_____/

## COMPLAINT

Plaintiff, FRANK E. MEYERS, by and through his undersigned attorney, sues the UNITED STATES OF AMERICA, and for this cause of action states:

1.      This is an action for medical malpractice pursuant to the Federal Tort Claims Act, 28 U.S.Code §§ 1346(b) and 2671, *et seq.*, as more particularly set forth hereinafter.

2.      On or about January 9, 2026, the claim set forth herein was presented to Health and Human Services, in writing and by certified mail, and Form 95 was submitted requesting administrative settlement under the FTCA of $2,500,000.00 or more, in accordance with the provisions of 28 U.S.C. § 2675. More than six months have passed since the presentation of the claims made in Form 95 and the Defendants have not formally accepted or denied the claims.

3.      This matter is timely filed in accordance with 28 U.S.C. § 2401.

4.      Plaintiff has performed all conditions precedent to the bringing of this action.

5.      At all times material hereto, the Plaintiff, FRANK E. MEYERS, is a resident of Indialantic in Brevard County, Florida. The acts and omissions giving rise to this Complaint occurred at Brevard Health Alliance, d/b/a Sarno Family Practice, 2120 Sarno Road, Melbourne,

Page 1

Florida and Brevard Health Alliance, d/b/a Valentine Family Practice, 1315 Valentine Street, Melbourne, Florida, both in Brevard County, Florida, making venue in the Orlando Division of the Middle District of Florida appropriate as prescribed by 28 U.S.C. § 1402(b).

6.     That on or about August 6, 2025, Colin Kennedy, PA-C and Sara Ball, PA-C, while acting within the course and scope of their employment at Brevard Health Alliance, on and behalf of the UNITED STATES OF AMERICA, fell below the standard of care which is generally recognized as acceptable and appropriate by reasonably prudent similar health care provides by failing to perform a cardiac workup for congestive heart failure/coronary artery disease, to include chest x-ray and EKG, in a patient with shortness of breath and LDL ratio of 4.8.

7.     The above failures resulted in delayed treatment of congestive heart failure causing permanent and irreparable damage to Plaintiff's heart.

8.     As a result, Plaintiff, FRANK E. MEYERS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, and loss of capacity for the enjoyment of life, together with the expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, FRANK E. MEYERS, demands judgment against Defendant, UNITED STATES OF AMERICA, as follows: the sum of $2,500,000.00 or more, together with costs, interest, and such other further relief as this Court deems just and proper.

DATED this 16th day of July 2026.

**DELLECKER WILSON KING
MCKENNA RUFFIER & SOS
A Limited Liability Partnership**

*/s/ William E. Ruffier*
_____
William E. Ruffier, Esquire
Florida Bar No.  0603872
719 Vassar Street
Orlando, FL 32804
(407) 244-3000
WEReservice@dwklaw.com
Attorneys for Plaintiff